FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jason Yee DEFENDANT(S). | CASE NUMBER 11-227-5 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __2/4__, __2011__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zavefsky__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __1/28/11__

_____
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)       ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT       Page 1 of 1